# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00112-JAD-VCF |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| JOSE SALCEDO-GONZALEZ, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Jose Salcedo-Gonzalez,* is unsealed.

**DATED** this 8th day of June, 2022.

By the Court:

_____
Honorable Jennifer A. Dorsey
United States District Judge