RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
ben_nemec@fd.org

Attorney for Jose Salcedo-Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE SALCEDO-GONZALEZ,<br><br>  Defendant. | Case No. 2:22-cr-00112-JAD-VCF-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jose Salcedo-Gonzalez, that the Preliminary Hearing currently scheduled on July 8, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.   Mr. Salcedo-Gonzalez's hearing on a waiver of indictment, filing of information, initial appearance, and arraignment and plea has been reset to August 29, 2022.

2.   To get the benefit of the plea agreement, the parties request that the preliminary hearing be continued until past the August 29, 2022, hearing date.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 5th day of July 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE SALCEDO-GONZALEZ, <br><br> Defendant. | Case No. 2:22-cr-00112-JAD-VCF-1 <br><br> **ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 8, 2022, at the hour of 3:00 p.m., be vacated and continued to 9/9/2022 ___ at the hour of 2:00 p.m.

**IT IS SO ORDERED**

**DATED:** 10:18 am, July 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**